CIVIL, CLOSED

**U.S. District Court**
**Eastern District of California - Live System (Fresno)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-01515-AWI-GSA**
**Internal Use Only**

Lapomardo et al v. C.R. Bard, Inc. et al
Assigned to: Judge Anthony W. Ishii
Referred to: Magistrate Judge Gary S. Austin
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/17/2007
Date Terminated: 11/27/2007
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Frank Lapomardo** represented by **Edward Baxter Chatoian**
Law Offices of Edward B Chatoian
2607 Fresno Street
Fresno, CA 93721
559-485-0101
Email: chatoianlaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Lapomardo** represented by **Edward Baxter Chatoian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.** represented by **Thomas M. Frieder**
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Franicsco, CA 94111-3993
415288-9800
Fax: 415288-9801
Email: tmf@hassard.com
*LEAD ATTORNEY*

**Defendant**

**Davol, Inc.** represented by **Thomas M. Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 11/28/07
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By ________ Deputy

Case 1:07-cv-01967-ML-LDA Document 2-4 Filed 12/05/2007 Page 2 of 2

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 | 1 | NOTICE of REMOVAL from Fresno County Superior Court, case number 07-CE-CG-02965. by C.R. Bard, Inc., Davol Inc.. (Attachments: # 1 Exhibit Exhibit A to Notice of Removal# 2 Exhibit Exhibit B to Notice of Removal# 3 Exhibit Exhibit C to Notice of Removal# 4 Exhibit Exhibit D to Notice of Removal)(Frieder, Thomas) (Entered: 10/17/2007) |
| 10/17/2007 | 2 | CIVIL COVER SHEET by C.R. Bard, Inc., Davol Inc. (Frieder, Thomas) (Entered: 10/17/2007) |
| 10/17/2007 | 3 | CERTIFICATE of SERVICE by C.R. Bard, Inc., Davol Inc. re 1 Notice of Removal - ATY, 2 Civil Cover Sheet. (Frieder, Thomas) (Entered: 10/17/2007) |
| 10/17/2007 | 4 | STATEMENT of Defendants C.R. Bard, Inc. and Davol Inc. by Defendants C.R. Bard, Inc., Davol Inc. re 3 Certificate of Service, 1 Notice of Removal - ATY, 2 Civil Cover Sheet. *Corporate Disclosure Statement* (Frieder, Thomas) (Entered: 10/17/2007) |
| 10/17/2007 | | RECEIPT number CAE100000818 for $350.00 for Civil Filing Fee (Notice of Removal) from Thomas M. Frieder for C.R. Bard, Inc. (Arellano, S.) (Entered: 10/18/2007) |
| 10/18/2007 | 7 | CIVIL NEW CASE DOCUMENTS ISSUED;Initial Scheduling Conference set for 12/18/2007 at 09:30 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Arellano, S.) (Entered: 10/18/2007) |
| 10/22/2007 | 8 | STIPULATION *STIPULATION TO EXTEND TIME OF DEFENDANTS C.R. BARD, INC. AND DAVOL INC. TO RESPOND TO COMPLAINT* by C.R. Bard, Inc., Davol, Inc.. (Frieder, Thomas) (Entered: 10/22/2007) |
| 11/19/2007 | 9 | NOTICE re Multidistrict Litigation Transfer Number 1842, CTO-8 to the District of Rhode Island. (Verduzco, M) (Entered: 11/26/2007) |
| 11/27/2007 | 10 | CONDITIONAL TRANSFER ORDER (CTO-8): Case Transferred to MDL Panel, District of Rhode Island pursuant to MDL No. 1842, IN RE Kugel Mesh Hernia Patch Products Liability Litigation. CASE CLOSED. (Verduzco, M) (Entered: 11/28/2007) |
| 11/28/2007 | 11 | TRANSMITTAL of DOCUMENTS re 10 Conditional Transfer Order on *11/28/2007* to * US District Court- District of Rhode Island* *356 John O. Pastore Federal Building* *Two Exchange Terrace* *Providence, RI 02903*. *Electronic Documents: 1 to 10. *. (Verduzco, M) (Entered: 11/28/2007) |